IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   05-cv-02045-WDM-PAC

DONALD L. GRAHAM,

    Plaintiff(s),

v.

FLINT ENERGY SERVICES, INC.

    Defendant(s).

_____

**ORDER CONCERNING MAGISTRATE JUDGE**
_____

    Pursuant to the suggestion of Magistrate Judge Patricia A. Coan, I have reviewed the circumstances of this case and find that given the location of the parties and potential witnesses in this case it would be better practice to have Magistrate Judge Gudrun Rice assigned to this case.  Accordingly, and with the consent of Chief Judge Lewis T. Babcock, it is ordered:

    1. The order of reference of matters to Magistrate Judge Coan, dated October 21, 2005, is hereby withdrawn;

    2. A new order of reference of this case to Magistrate Judge Rice shall enter; and

3.  The Clerk of this court is directed to amend the case number in this matter to 05-cv-02045-WDM-GJR.

DATED at Denver, Colorado on February 23, 2006

BY THE COURT:

s/ Walker D. Miller
United States District Judge