IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun Rice

Civil Action No. 05-cv-02045-WDM-GJR

DONALD L. GRAHAM,

    Plaintiff,

v.

FLINT ENERGY SERVICES, INC.,

    Defendant.

## ORDER

This matter, having been reassigned to Magistrate Judge Gudrun Rice, is set for a status conference before Magistrate Judge Rice on March 21, 2006 at 2:00 p.m. Counsel may appear by phone, with counsel for Plaintiff to initiate the call to the Court at (970) 241-8932.

Dated this 9th day of March, 2006.

BY THE COURT:

s/Gudrun Rice

Gudrun Rice
United States Magistrate Judge